E-FILED
Wednesday, 31 August, 2011 04:33:38 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

| | |
|---|---|
| LESTER MCCALL, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| COMMISSIONER OF SOCIAL ) | Case No. 11-2021 |
| SECURITY, sued as Michael J. Astrue, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

# REPORT AND RECOMMENDATION

Pro se Plaintiff, Lester McCall, filed his Complaint (#1) herein on January 19, 2011. Defendant filed an Answer (#14) on June 9, 2011. The Social Security transcript (#16 and #17) were filed June 9, 2011. According to the docket, a copy of Local Rule 8.1(D) was mailed to the pro se Plaintiff at 1210 Garden Hills Drive, Champaign, Illinois 61821, on June 9, 2011.

Local Rule 8.1(D) requires the Plaintiff to "file a Motion for Summary Judgment and a Memorandum of Law which must state with particularity which findings of the Commissioner are contrary to law." (CD/IL-LR 8.1(D)). Plaintiff has filed nothing further with the Court. Accordingly, on August 8, 2011, the Court entered a text order setting the matter for a telephone conference call. The purpose of the call was to remind Plaintiff of his obligation to pursue the matter. The telephone status conference was scheduled for August 17, 2011, at 10:45 a.m. On said date and time, the Court placed the call to Plaintiff. The call was answered by an answering machine, rather than Plaintiff. According to the recorded message, the mailbox was full and, therefore, no message could be left.

Plaintiff has failed to file his motion as required by the local rule. He failed to appear for the scheduled telephone status conference. The undersigned concludes that Plaintiff has abandoned the case.

Accordingly, pursuant to authority conferred to me under 28 U.S.C. § 636(b)(1)(B), I

recommend that Plaintiff's Complaint be dismissed due to the failure to prosecute and the case be terminated.

The parties are advised that any objection to this recommendation must be filed in writing with the Clerk within 14 days after being served with a copy of this Report and Recommendation. *See* 28 U.S.C. § 636(b)(1). Failure to object will constitute a waiver of objections on appeal. *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538 (7th Cir. 1986).

## NOTICE TO PRO SE PLAINTIFF:

**If Plaintiff wishes to pursue the case, he must file a written objection to this Report and Recommendation. The written objection must be filed with the Clerk of the Court where Plaintiff originally filed his Complaint. Failure to object will result in the dismissal of the case without further proceedings.**

ENTER this 31st day of August, 2011.

s/ DAVID G. BERNTHAL<br>U.S. MAGISTRATE JUDGE